# DESIGNATION OF DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

_____

WHEREAS, in my judgment the public interest so requires: Now, therefore pursuant to the authority vested in me by Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable Max O. Cogburn, Jr., United States District Judge for the Western District of North Carolina, to hold a district court in the Middle District of North Carolina in the case of *Allen v. Schroeder*, No. 1:21-cv-776, for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matter.

_____
Chief Judge
Fourth Circuit

Dated: October 13, 2021